FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___FILED ___ENTERED
___LODGED ___RECEIVED

OCT 19 2016

CLERK AT BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

Raymond E. Sims-Lewis
550 E. Madison St,
Baltimore MD 21202
ID # 464100

(Full name, prison identification number and address of the plaintiff)

v.

1) - Police Officer, John Potter
2) - Balt city police department
3) - Baltimore city "Mayor" 2012 Division
4) - Baltimore City, Maryland state

(Full name and address of the defendant(s))

Civil Action No. RDB-16-3480
(Leave blank on initial filing to be filled in by Court.)

## COMPLAINT

I. **Previous lawsuits**

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☑

1. If you answered YES:

   a. What was the result? *Atternal Affair Complaint*

   _____

   b. Did you appeal?

   YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: *Atternal Affair Complaint*

_____

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 1-12-2012 At 10:30pm the petition was victimized by Ofc. john potter negligently tortious acts causing the petition to be hospitalized with whiplash head & neck injury. petition was pulled over on wilkens Ave. And then placed in handcuffs. while in handcuffs the petition Raymond Sims-Lewis was assaulted tortiuesly As Officer john potter Repeatedly kneed the

IV. Relief
(State briefly what you want the Court to do for you.)

Have Each defendant pay liabilty in the Amount of 2.8 million. Total of 11.2 million To petition As liability is demanded for such violations

SIGNED THIS 13 day of october, 2016

Raymond E. Sims-Lewis
(original signature of plaintiff)

550 E. madison St.
Baltimore MD 21202

(address of plaintiff)

Claim-Statement

①

petition in the back of skull. As the petition believed race played a number one factor in this tort claim.

The petition was then transferred to central booking and was also denied entry due to the length of the injury. At that being said the petition was transferred to St. Agnes Hospital and treated for whiplash head injury. As the petition could no longer hold his head up. Ofc. John Potter was very upset and began to make threats to the petition. And with the help of John Potter co-workers they picked up the petition by his handcuff & shackle chains and threw the petition inside the police van. After carrying him through the hospital by his handcuffs & shackle chains.

The petition brings forth claims against the "Baltimore city police department" for negligent hiring, training, and supervision - cruel & unusual punishment, defamation, assault, battery, malious, and emotional distress due to police ofc. John Potter negligence training and being hired by Baltimore police department.

The petition brings those same claims against the city of Baltimore as such tortious acts occurred on city streets by Baltimore city police that begins with negligent hiring, training and supervision.

The petition also brings same claims against the Baltimore city mayor for violation stemming from

"Negligent hiring, training and supervision of Baltimore city police officer John Potter's tortious acts as violations occurred while under the scope of state personnel which creates "Local Government Tort Claims," Maryland Tort Claims," Criminal Law Claims...

As Baltimore City Police Officer John Potter victimized petitioner Raymond E. Sims-Lewis by assaulting and battering the petitioner, causing the victim to be victimized by violations such as cruel & unusual punishment, defamation of character, malicious, assault, battery and emotional distress creating violations of negligent hiring, training and supervision against the City of Baltimore, The 2012 Baltimore City Mayor and the Baltimore City Police Department as John Potter is state personnel and acted as state personnel at the time of this incident.

All incidents occurred while petitioner was in handcuffs and on Baltimore city streets under the scope of state personnel Baltimore city police ofc. John Potter and the Balt city police department.

Due to the facts of these tort claims each claim is $200,000 a claim making the defendants liable to liabilities which equals to 2.8 million in claims under the Local Government Tort Claims Act, The Maryland Tort Claims Act and Criminal Law claim. It is demanded each defendant pay liabilities as violations require them liable to the petitioner.